The redacted version of the following U.S. District Court violation notice is not available:

| Location Code | Violation Number | Officer | Date of Offense |
|---|---|---|---|
| WGT | 9689557 | FOSS | 07/24/2025 |

**THE CHARGE ON THE VIOLATION NOTICE**

| Offense Charged | Offense Description |
|---|---|
| 36CFR4.21(c) | OPERATE A MOTOR VEHICLE IN EXCESS OF THE POSTED SPEED L |

| Defendant Name |
|---|
| MAHENDRA, WINATA |

| Initial Court Appearance |
|---|
| MANDATORY - You must appear in court |

| Court Address | Date/Time |
|---|---|
| US MAGISTRATE JUDGE<br>U.S. COURTHOUSE<br>145 E. SIMPSON<br>JACKSON, WY 83001 | 09/30/2025<br>09:00 AM |